■ EVELYN HABERLIN, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant, et al., Defendant. [621 NYS2d 843] —Order, Supreme Court, New York County (Robert Lippmann, J.), entered November 23, 1993, which denied defendant New York City Transit Authority's ("NYCTA") motion for summary judgment dismissing the complaint and ordered an examination before trial of its employee, unanimously affirmed, without costs.

There is a question of fact as to the precise location of plaintiff's accident and the condition of the location, which may be within the knowledge of the NYCTA employee who was present at the time of the occurrence even though she did not witness it. Under these circumstances, summary judgment is premature and the plaintiff should be allowed to examine the NYCTA employee. Concur—Sullivan, J. P., Rosenberger, Wallach and Asch, JJ.

■ JAYWYN VIDEO PRODUCTIONS, LTD., Appellant, v SHOWTIME NETWORKS, INC., Respondent. [621 NYS2d 846] —Order, Supreme Court, New York County (Bruce Wright, J.), entered May 25, 1994, which denied plaintiff's motion for summary judgment and granted defendant's cross-motion for summary judgment dismissing the complaint, and judgment of said court and Justice entered thereon on June 28, 1994, unanimously affirmed, with costs.

Plaintiff's complaint seeking damages arising from defendant's payment of a $15,000 license fee to Ho-Tel, Inc., plaintiff's alleged agent, despite plaintiff's notification that it had commenced an action against Ho-Tel for, inter alia, violating the agency agreement, was properly dismissed. The complaint failed to state a cause of action. There is no basis for imposing liability on defendant for fulfilling its contractual obligation to Ho-Tel. Concur—Sullivan, J. P., Rosenberger, Wallach and Asch, JJ.